E-FILED
Tuesday, 03 March, 2015  10:58:10 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TEYONNA LEWIS,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Case No. 1:13-cv-01421-JEH |

### Order

      The Court has reviewed the parties' Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. 30) and therefore awards the Plaintiff, Teyonna Lewis, $3,500.00 (three thousand five hundred dollars) for attorney fees in full satisfaction and settlement of any and all claims the Plaintiff may have under the Equal Access to Justice Act, 28 USC § 2412.  The award fully and finally satisfies any and all claims for attorney fees, expenses, and costs that may be payable to the Plaintiff in this matter under the EAJA.

      Any fees paid belong to the Plaintiff and not her attorney.  The fees can be offset to satisfy any pre-existing debt that the Plaintiff owes the United States.  *Astrue v Ratliff*, 560 US 586, 589 (2010).  The Plaintiff has provided the Defendant with a valid assignment of fees.  If the Defendant can verify that the Plaintiff does not owe pre-existing debt to the government subject to offset, the Defendant will direct payment of the award to the Plaintiff's attorney pursuant to the EAJA assignment.

Entered on March 3, 2015.


                              s/Jonathan E. Hawley
                              U.S. MAGISTRATE JUDGE